**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **MICHELLE DAVIS** | * | |
| Plaintiff | * | |
|  | * | **CIVIL NO. JKB-16-0528** |
| v. | * | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | * | |
|  | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In light of Plaintiff's Notice of Dismissal filed on March 28, 2016 (ECF No. 5), with the dismissal with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 28th day of March, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge